UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                            Case No.: 8:22-cr-188-VMC-AAS

JOSEPH WALKER
_____/

## ORDER OF DETENTION PENDING TRIAL

THIS MATTER is before the Court upon the Government's motion to detain Defendant pursuant to 18 U.S.C. § 3142.  In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a bail hearing was held.  This Court concludes that the following facts require the detention of Defendant, Joseph Walker, pending further order of the court.

Defendant is charged in an Indictment with being a felon in possession of a firearm and ammunition in violation of 18 U.S.C. § 922(g)(1). The Government seeks detention on the grounds that Defendant is a risk of flight and danger to the community.  Defendant requests release with conditions.  The Court finds that there are no conditions or combination of conditions available to the Court that would allow for Defendant's release and help assure his future appearance in court.  Specifically, the Government proffered that law enforcement searched Defendant's residence while he was under a period of state-imposed community control and allegedly located firearms and ammunition in Defendant's possession.  Defendant's wife, who resides with Defendant, allegedly purchased the weapons and ammunition for Defendant's use.  Additionally, Defendant made recorded phone calls at the jail in which he

allegedly threatened to physically harm his former girlfriend for reporting his possession of firearms and ammunition.  Further, Defendant's criminal record includes convictions for battery and violations of probation.  In light of the foregoing, the Court finds that there are no circumstances available to the Court that would allow for Defendant's release, the safety of the community, and Defendant's future appearance in court.  Accordingly, it is hereby **ORDERED** that Defendant be **DETAINED**.

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded a reasonable opportunity for private consultation with counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

**DONE** and **ORDERED** in Tampa, Florida, on May 31, 2022.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
United States Pretrial Services
United States Probation Office
United States Marshals Service

2